In the Matter of the Application of WALTER T. WARREN, Respondent, for an Order of Mandamus against THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK and Others, Commanding and Directing the Said Board of Elections to Permit the Said WALTER T. WARREN to Designate the Party of His Selection on His Enrollment as a Voter in the County of Richmond, City and State of New York, Appellants.—Appeal from order directing the board of elections to permit petitioner to designate the party of his selection on the enrollment books as an enrolled voter of Richmond county dismissed, without costs. The issue raised by this appeal has become academic by lapse of time. It is not one that reasonably can be expected to arise frequently and is not of such general interest and importance as to call for a departure from the practice not to decide abstract questions. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

LONG ISLAND TRADING CORPORATION, Appellant, v. FRED H. TUTHILL, Respondent.— Order granting defendant's motion to open default in pleading, to vacate judgment entered by plaintiff, and granting leave to defendant to answer, affirmed, with ten dollars costs and disbursements; the answer, if not already served, to be served within ten days from the entry of the order herein.- Courts adopt a liberal policy in respect to defaults where it appears that there is an arguable defense and that the default did not arise by any willful act — to the end that parties may have their day in court to litigate the issues in difference between them. (*Allen* v. *Fink*, 211 App. Div. 411; *Baldwin* v. *Yellow Taxi Corporation*, 221 id. 717.) Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

N. M. MARSHALL, Trustee under the Will of CHARLES S. OLMSTEAD, Respondent, v. JEANNE C. PERRY, Appellant, and WYDLER BROTHERS and Others, Defendants. — Order granting plaintiff summary judgment in a foreclosure action and judgment entered thereon affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

LILLIE A. NORTHROP and Others, Appellants, v. THEODORE LUCE, INC., Respondent.— In an action to recover for the wrongful death of plaintiffs' decedent as the result of his being struck by defendant's motor truck while crossing a street, order granting defendant's motion to vacate a stipulation modified by conditioning the vacatur upon the submission by defendant, on five days' notice, to the examination required by the notice of examination served by the plaintiffs on April 16, 1934. As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.